IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
:   CRIMINAL ACTION
           v.                                                     :
:   No.  24-3-1
MIKAL MCCRACKEN
#95085-510
FDC PHILADELPHIA

## NOTICE OF HEARING

Take notice that the defendant is scheduled for a **Final Pretrial Conference** on **January 15, 2026** at **10:00 A.M.** before the **Honorable John F. Murphy** in **Courtroom 3B**, Third Floor, of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

By:       Kerri Christy, Courtroom Deputy to J. Murphy
          Phone: 267-299-7510

Date:     1/6/2026

cc:              Defendant (via Defense Counsel)
cc via email:    Defense Counsel
                 Assistant U.S. Attorney
                 U.S. Marshal
                 Court Security
                 Probation Office
                 Pretrial Services
                 Interpreter Coordinator

crnotice (July 2021)