2-25-2026

Dear Honorable Judge Murphy,

I have been in the SHU for over 3 months now for the same situation that I wrote you about before & nothing has changed. I have been suffering, depressed, & I have no idea what's going on with my case since my trial has started. I have no communication with either my family, friends, & most importantly my lawyer to update me about what's going on.

Due to the fact that I have over stayed my time in the SHU without being given a reason why or doing anything wrong, I can't properly prepare for my case.

For 3 weeks every Main-Line day (Thursday) I confront the Warden, Assistant Warden, Caption Felix, SHU Lieutenant Rodio, My Unit Manager Musilino, including the Unit team. They have said they reached out to the court & that they are waiting for the court to respond, so at this point I'm confused.

At this point, I believe to be on case with multiple people, we should all be treated the same. They get the chance to talk their family & loved ones, while I'm suffering.

I have written multiple letters to my attorney & got no response. I have requested for multiple calls in the last 3 weeks & haven't got one yet. I just want to be given a fair chance.

Thank you for your time & for reading my letter.

Amadamoussa
53960519

AMADOU-MOUSSA #53960510
F.D.C. Philadelphia
P.O. Box: 562
Philadelphia, PA. 19105

RECEIVED
MAR - 9 2026
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

James R. Byrne U.S. Courthouse
601-Market Street
Philadelphia, PA. 19106

U.S.M.S.
X-RAY

PHILADELPHIA PA 190
6 MAR 2026 PM 7 L